# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Todd Acomb                               CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10476 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*

Brent Lemon
21 Aug 2024, 10:20:35, EDT

Denise Carlon, Esq. (317226)    ☐
Brent Lemon, Esq. (86478)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com