Certificate Number: 14424-PAW-DE-038800503

Bankruptcy Case Number: 24-10476



14424-PAW-DE-038800503

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 25, 2024</u>, at <u>7:03</u> o'clock <u>AM EDT</u>, <u>Todd Acomb</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>August 25, 2024</u>

By:  <u>/s/Jesus Leonardo</u>

Name:  <u>Jesus Leonardo</u>

Title:  <u>Instructor</u>